Sean T. Prosser (SBN 163903)
STProsser@mintz.com
David Siegal (*pro hac vice* forthcoming)
DMSiegal@mintz.com
Ellen Shapiro (*pro hac vice* forthcoming)
EShapiro@mintz.com
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY and POPEO, P.C.
3580 Carmel Mountain Road, Suite 300
San Diego, California 92130
Telephone: 858.314.1500

Michael J. Proctor (SBN 148235)
michael@iversenproctor.com
IVERSEN PROCTOR LLP
1325 Palmetto Street
Los Angeles, CA 90013
Telephone: 213.787.7699

Attorneys for Defendant
Rebecca Hershinger

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>FAT BRANDS INC., ANDREW WIEDERHORN, RON ROE, and REBECCA HERSHINGER,<br><br>Defendants. | Case No. 2:24-cv-03913-MCS-SSC<br><br>**ANSWER AND DEFENSES OF DEFENDANT REBECCA HERSHINGER**<br><br>**DEMAND FOR JURY TRIAL** |

Defendant Rebecca Hershinger ("Defendant"), through her undersigned counsel, hereby files her Answer and Defenses to the Securities and Exchange Commission's ("SEC" or "Plaintiff") May 10, 2024 Complaint (ECF No. 1). Defendant has reproduced certain headings set forth in the Complaint verbatim in her Answer. Defendant is not required to respond to headings because they are not factual allegations.

**JURISDICTION AND VENUE**

1.      This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

2.      This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

3.      This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

**SUMMARY**

4.      Defendant declines to answer based on her constitutional rights against self-incrimination.

5.      Defendant declines to answer based on her constitutional rights against self-incrimination.

6.      Defendant declines to answer based on her constitutional rights against self-incrimination.

7.      Defendant declines to answer based on her constitutional rights against self-incrimination.

8.      This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

9.      The allegations in Paragraph 9 characterize various forms of relief that the SEC is seeking against the Defendants in this case.  Defendant responds that each such form of relief should be denied.  To the extent a further response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

1

## **DEFENDANTS**

2    10.    Defendant declines to answer based on her constitutional rights against

3    self-incrimination.

4    11.    Defendant declines to answer based on her constitutional rights against

5    self-incrimination.

6    12.    Defendant declines to answer based on her constitutional rights against

7    self-incrimination.

8    13.    Defendant admits that, as of the date of the filing of the Complaint, she

9    was 50 years old, and otherwise declines to answer based on her constitutional

10   rights against self-incrimination.

11

## **RELATED PARTIES**

12   14.    Defendant declines to answer based on her constitutional rights against

13   self-incrimination.

14   15.    Defendant declines to answer based on her constitutional rights against

15   self-incrimination.

16

## **THE ALLEGATIONS**

17   16.    Defendant declines to answer based on her constitutional rights against

18   self-incrimination.

19   17.    Defendant declines to answer based on her constitutional rights against

20   self-incrimination.

21   18.    Defendant declines to answer based on her constitutional rights against

22   self-incrimination.

23   19.    Defendant declines to answer based on her constitutional rights against

24   self-incrimination.

25   20.    Defendant declines to answer based on her constitutional rights against

26   self-incrimination.

27   21.    This Paragraph contains a legal conclusion to which no response is

28

required. To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

22.   Defendant declines to answer based on her constitutional rights against self-incrimination.

23.   Defendant declines to answer based on her constitutional rights against self-incrimination.

24.   Defendant declines to answer based on her constitutional rights against self-incrimination.

25.   Defendant declines to answer based on her constitutional rights against self-incrimination.

26.   Defendant declines to answer based on her constitutional rights against self-incrimination.

27.   This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

28.   This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

29.   Defendant declines to answer based on her constitutional rights against self-incrimination.

30.   Defendant declines to answer based on her constitutional rights against self-incrimination.

31.   Defendant declines to answer based on her constitutional rights against self-incrimination.

32.   Defendant declines to answer based on her constitutional rights against self-incrimination.

33.   Defendant declines to answer based on her constitutional rights against

self-incrimination.

34.    Defendant declines to answer based on her constitutional rights against self-incrimination.

35.    Defendant declines to answer based on her constitutional rights against self-incrimination.

36.    Defendant declines to answer based on her constitutional rights against self-incrimination.

37.    Defendant declines to answer based on her constitutional rights against self-incrimination.

38.    This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

39.    Defendant declines to answer based on her constitutional rights against self-incrimination.

40.    Defendant declines to answer based on her constitutional rights against self-incrimination.

41.    Defendant declines to answer based on her constitutional rights against self-incrimination.

42.    Defendant declines to answer based on her constitutional rights against self-incrimination.

43.    Defendant declines to answer based on her constitutional rights against self-incrimination.

44.    Defendant declines to answer based on her constitutional rights against self-incrimination.

45.    Defendant declines to answer based on her constitutional rights against self-incrimination.

46.    Defendant declines to answer based on her constitutional rights against

1    self-incrimination.

2        47.    Defendant declines to answer based on her constitutional rights against
3    self-incrimination.

4        48.    Defendant declines to answer based on her constitutional rights against
5    self-incrimination.

6        49.    Defendant declines to answer based on her constitutional rights against
7    self-incrimination.

8        50.    Defendant declines to answer based on her constitutional rights against
9    self-incrimination.

10        51.    Defendant declines to answer based on her constitutional rights against
11    self-incrimination.

12        52.    Defendant declines to answer based on her constitutional rights against
13    self-incrimination.

14        53.    Defendant declines to answer based on her constitutional rights against
15    self-incrimination.

16        54.    Defendant declines to answer based on her constitutional rights against
17    self-incrimination.

18        55.    Defendant declines to answer based on her constitutional rights against
19    self-incrimination.

20        56.    Defendant declines to answer based on her constitutional rights against
21    self-incrimination.

22        57.    Defendant declines to answer based on her constitutional rights against
23    self-incrimination.

24        58.    Defendant declines to answer based on her constitutional rights against
25    self-incrimination.

26        59.    Defendant declines to answer based on her constitutional rights against
27    self-incrimination.

28

60.    Defendant declines to answer based on her constitutional rights against self-incrimination.

61.    Defendant declines to answer based on her constitutional rights against self-incrimination.

62.    This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

63.    Defendant declines to answer based on her constitutional rights against self-incrimination.

64.    Defendant declines to answer based on her constitutional rights against self-incrimination.

65.    Defendant declines to answer based on her constitutional rights against self-incrimination.

66.    Defendant declines to answer based on her constitutional rights against self-incrimination.

67.    Defendant declines to answer based on her constitutional rights against self-incrimination.

68.    Defendant declines to answer based on her constitutional rights against self-incrimination.

69.    Defendant declines to answer based on her constitutional rights against self-incrimination.

70.    Defendant declines to answer based on her constitutional rights against self-incrimination.

71.    Defendant declines to answer based on her constitutional rights against self-incrimination.

72.    This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based

on her constitutional rights against self-incrimination.

73.    Defendant declines to answer based on her constitutional rights against self-incrimination.

74.    Defendant declines to answer based on her constitutional rights against self-incrimination.

75.    Defendant declines to answer based on her constitutional rights against self-incrimination.

76.    Defendant declines to answer based on her constitutional rights against self-incrimination.

77.    This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

78.    Defendant declines to answer based on her constitutional rights against self-incrimination.

79.    Defendant declines to answer based on her constitutional rights against self-incrimination.

80.    Defendant declines to answer based on her constitutional rights against self-incrimination.

81.    Defendant declines to answer based on her constitutional rights against self-incrimination.

82.    Defendant declines to answer based on her constitutional rights against self-incrimination.

83.    Defendant declines to answer based on her constitutional rights against self-incrimination.

84.    This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

85.   This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

86.   This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

87.   This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

88.   This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

89.   This Paragraph contains a legal conclusion to which no response is required. To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

90.   This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

91.   This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

92.   This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

93.   This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

94.   Defendant declines to answer based on her constitutional rights against self-incrimination.

95.   Defendant declines to answer based on her constitutional rights against self-incrimination.

96.   This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

97.   Defendant declines to answer based on her constitutional rights against self-incrimination.

98.   Defendant declines to answer based on her constitutional rights against self-incrimination.

99.   Defendant declines to answer based on her constitutional rights against self-incrimination.

100.  Defendant declines to answer based on her constitutional rights against self-incrimination.

101.  Defendant declines to answer based on her constitutional rights against self-incrimination.

102.  This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

103.  This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

104.  This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

105.  Defendant declines to answer based on her constitutional rights against

self-incrimination.

106.  This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

107.  This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

108.  This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

109.  Defendant declines to answer based on her constitutional rights against self-incrimination.

110.  Defendant declines to answer based on her constitutional rights against self-incrimination.

111.  Defendant declines to answer based on her constitutional rights against self-incrimination.

112.  Defendant declines to answer based on her constitutional rights against self-incrimination.

113.  This Paragraph contains a legal conclusion to which no response is required. To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

114.  Defendant declines to answer based on her constitutional rights against self-incrimination.

115.  This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

116.  Defendant declines to answer based on her constitutional rights against

self-incrimination.

117.  This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

118.  This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

119.  Defendant declines to answer based on her constitutional rights against self-incrimination.

120.  Defendant declines to answer based on her constitutional rights against self-incrimination.

121.  This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

122.  Defendant declines to answer based on her constitutional rights against self-incrimination.

123.  Defendant declines to answer based on her constitutional rights against self-incrimination.

124.  This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

125.  Defendant declines to answer based on her constitutional rights against self-incrimination.

126.  Defendant declines to answer based on her constitutional rights against self-incrimination.

127.  Defendant declines to answer based on her constitutional rights against self-incrimination.

128.  This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

129.  This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

130.  Defendant declines to answer based on her constitutional rights against self-incrimination.

131.  Defendant declines to answer based on her constitutional rights against self-incrimination.

132.  This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

133.  This Paragraph contains a legal conclusion to which no response is required.  Defendant declines to answer based on her constitutional rights against self-incrimination.

134.  Defendant declines to answer based on her constitutional rights against self-incrimination.

135.  Defendant declines to answer based on her constitutional rights against self-incrimination.

136.  Defendant declines to answer based on her constitutional rights against self-incrimination.

137.  This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

138.  This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based

ANSWER AND DEFENSES OF DEFENDANT REBECCA HERSHINGER
Case No.: 2:24-cv-03913-MCS-SSC

1   on her constitutional rights against self-incrimination.

2   139.  This Paragraph contains a legal conclusion to which no response is

3   required.  To the extent a response is required, Defendant declines to answer based

4   on her constitutional rights against self-incrimination.

5   140.  This Paragraph contains a legal conclusion to which no response is

6   required.  To the extent a response is required, Defendant declines to answer based

7   on her constitutional rights against self-incrimination.

8   141.  Defendant declines to answer based on her constitutional rights against

9   self-incrimination.

10   142.  Defendant declines to answer based on her constitutional rights against

11   self-incrimination.

12   143.  This Paragraph contains a legal conclusion to which no response is

13   required.  To the extent a response is required, Defendant declines to answer based

14   on her constitutional rights against self-incrimination.

15   144.  Defendant declines to answer based on her constitutional rights against

16   self-incrimination.

17   145.  This Paragraph contains a legal conclusion to which no response is

18   required.  To the extent a response is required, Defendant declines to answer based

19   on her constitutional rights against self-incrimination.

20   146.  Defendant declines to answer based on her constitutional rights against

21   self-incrimination.

22   147.  Defendant declines to answer based on her constitutional rights against

23   self-incrimination.

24   148.  This Paragraph contains a legal conclusion to which no response is

25   required.  To the extent a response is required, Defendant declines to answer based

26   on her constitutional rights against self-incrimination.

27   149.  Defendant declines to answer based on her constitutional rights against

28

ANSWER AND DEFENSES OF DEFENDANT REBECCA HERSHINGER
Case No.: 2:24-cv-03913-MCS-SSC

self-incrimination.

150.  This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

151.  This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

152.  Defendant declines to answer based on her constitutional rights against self-incrimination.

153.  Defendant declines to answer based on her constitutional rights against self-incrimination.

154.  Defendant declines to answer based on her constitutional rights against self-incrimination.

155.  This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

156.  Defendant declines to answer based on her constitutional rights against self-incrimination.

157.  Defendant declines to answer based on her constitutional rights against self-incrimination.

158.  Defendant declines to answer based on her constitutional rights against self-incrimination.

159.  This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

160.  Defendant declines to answer based on her constitutional rights against self-incrimination.

161.  Defendant declines to answer based on her constitutional rights against self-incrimination.

162.  This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

163.  Defendant declines to answer based on her constitutional rights against self-incrimination.

164.  This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

165.  Defendant declines to answer based on her constitutional rights against self-incrimination.

166.  Defendant declines to answer based on her constitutional rights against self-incrimination.

167.  Defendant declines to answer based on her constitutional rights against self-incrimination.

168.  Defendant declines to answer based on her constitutional rights against self-incrimination.

169.  This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

170.  Defendant declines to answer based on her constitutional rights against self-incrimination.

171.  This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

172.  Defendant declines to answer based on her constitutional rights against

1    self-incrimination.

2       173.  This Paragraph contains a legal conclusion to which no response is

3    required.  To the extent a response is required, Defendant declines to answer based

4    on her constitutional rights against self-incrimination.

5       174.  Defendant declines to answer based on her constitutional rights against

6    self-incrimination.

7       175.  Defendant declines to answer based on her constitutional rights against

8    self-incrimination.

9       176.  Defendant declines to answer based on her constitutional rights against

10   self-incrimination.

11      177.  This Paragraph contains a legal conclusion to which no response is

12   required.  To the extent a response is required, Defendant declines to answer based

13   on her constitutional rights against self-incrimination.

14      178.  Defendant declines to answer based on her constitutional rights against

15   self-incrimination.

16      179.  This Paragraph contains a legal conclusion to which no response is

17   required.  To the extent a response is required, Defendant declines to answer based

18   on her constitutional rights against self-incrimination.

19      180.  This Paragraph contains a legal conclusion to which no response is

20   required.  To the extent a response is required, Defendant declines to answer based

21   on her constitutional rights against self-incrimination.

22      181.  This Paragraph contains a legal conclusion to which no response is

23   required.  To the extent a response is required, Defendant declines to answer based

24   on her constitutional rights against self-incrimination.

25      182.  This Paragraph contains a legal conclusion to which no response is

26   required.  To the extent a response is required, Defendant declines to answer based

27   on her constitutional rights against self-incrimination.

28

183.  This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

184.  This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

185.  This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

186.  This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

187.  This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

188.  This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

189.  This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

190.  This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

191.  This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

ANSWER AND DEFENSES OF DEFENDANT REBECCA HERSHINGER
Case No.: 2:24-cv-03913-MCS-SSC

192. This Paragraph contains a legal conclusion to which no response is required. To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

193. This Paragraph contains a legal conclusion to which no response is required. To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

194. This Paragraph contains a legal conclusion to which no response is required. To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

195. This Paragraph contains a legal conclusion to which no response is required. To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

196. Defendant declines to answer based on her constitutional rights against self-incrimination.

197. This Paragraph contains a legal conclusion to which no response is required. To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

198. Defendant declines to answer based on her constitutional rights against self-incrimination.

199. Defendant declines to answer based on her constitutional rights against self-incrimination.

200. This Paragraph contains a legal conclusion to which no response is required. To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

201. This Paragraph contains a legal conclusion to which no response is required. To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

202.  This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

203.  Defendant declines to answer based on her constitutional rights against self-incrimination.

204.  This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

205.  This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

206.  This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

207.  This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

208.  This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

209.  This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

210.  This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

211.  This Paragraph contains a legal conclusion to which no response is

1    required.  To the extent a response is required, Defendant declines to answer based
2    on her constitutional rights against self-incrimination.

3           212.  This Paragraph contains a legal conclusion to which no response is
4    required.  To the extent a response is required, Defendant declines to answer based
5    on her constitutional rights against self-incrimination.

6           213.  This Paragraph contains a legal conclusion to which no response is
7    required.  To the extent a response is required, Defendant declines to answer based
8    on her constitutional rights against self-incrimination.

9           214.  This Paragraph contains a legal conclusion to which no response is
10   required.  To the extent a response is required, Defendant declines to answer based
11   on her constitutional rights against self-incrimination.

12          215.  This Paragraph contains a legal conclusion to which no response is
13   required.  To the extent a response is required, Defendant declines to answer based
14   on her constitutional rights against self-incrimination.

15          216.  This Paragraph contains a legal conclusion to which no response is
16   required.  To the extent a response is required, Defendant declines to answer based
17   on her constitutional rights against self-incrimination.

18          217.  This Paragraph contains a legal conclusion to which no response is
19   required.  To the extent a response is required, Defendant declines to answer based
20   on her constitutional rights against self-incrimination.

21          218.  This Paragraph contains a legal conclusion to which no response is
22   required.  To the extent a response is required, Defendant declines to answer based
23   on her constitutional rights against self-incrimination.

24          219.  This Paragraph contains a legal conclusion to which no response is
25   required.  To the extent a response is required, Defendant declines to answer based
26   on her constitutional rights against self-incrimination.

27          220.  This Paragraph contains a legal conclusion to which no response is

28

ANSWER AND DEFENSES OF DEFENDANT REBECCA HERSHINGER
Case No.: 2:24-cv-03913-MCS-SSC

1  required.  To the extent a response is required, Defendant declines to answer based
2  on her constitutional rights against self-incrimination.

3      221.  This Paragraph contains a legal conclusion to which no response is
4  required.  To the extent a response is required, Defendant declines to answer based
5  on her constitutional rights against self-incrimination.

6      222.  This Paragraph contains a legal conclusion to which no response is
7  required.  To the extent a response is required, Defendant declines to answer based
8  on her constitutional rights against self-incrimination.

9      223.  This Paragraph contains a legal conclusion to which no response is
10 required.  To the extent a response is required, Defendant declines to answer based
11 on her constitutional rights against self-incrimination.

12     224.  This Paragraph contains a legal conclusion to which no response is
13 required.  To the extent a response is required, Defendant declines to answer based
14 on her constitutional rights against self-incrimination.

15     225.  Defendant declines to answer based on her constitutional rights against
16 self-incrimination.

17     226.  Defendant declines to answer based on her constitutional rights against
18 self-incrimination.

19                            **FIRST CLAIM FOR RELIEF**

20     227.  Defendant repeats and re-responds to every allegation by reference to
21 each and every response to paragraphs 1 through 226 above as if they were fully set
22 forth herein.

23     228.  This Paragraph does not pertain to Defendant, and further contains a
24 legal conclusion to which no response is required.  To the extent a response is
25 required, Defendant declines to answer based on her constitutional rights against
26 self-incrimination.

27     229.  This Paragraph does not pertain to Defendant, and further contains a
28

ANSWER AND DEFENSES OF DEFENDANT REBECCA HERSHINGER
Case No.: 2:24-cv-03913-MCS-SSC

legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

230.  This Paragraph does not pertain to Defendant, and further contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

231.  This Paragraph does not pertain to Defendant, and further contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

232.  This Paragraph does not pertain to Defendant, and further contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

## **SECOND CLAIM FOR RELIEF**

233.  Defendant repeats and re-responds to every allegation by reference to each and every response to paragraphs 1 through 226 above as if they were fully set forth herein.

234.  This Paragraph does not pertain to Defendant, and further contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

235.  This Paragraph does not pertain to Defendant, and further contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

236.  This Paragraph does not pertain to Defendant, and further contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

237.  This Paragraph does not pertain to Defendant, and further contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

238.  This Paragraph does not pertain to Defendant, and further contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

239.  This Paragraph does not pertain to Defendant, and further contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

240.  This Paragraph does not pertain to Defendant, and further contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

## **THIRD CLAIM FOR RELIEF**

241.  Defendant repeats and re-responds to every allegation by reference to each and every response to paragraphs 1 through 226 above as if they were fully set forth herein.

242.  This Paragraph does not pertain to Defendant, and further contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against

1   self-incrimination.

2   243.  This Paragraph does not pertain to Defendant, and further contains a

3   legal conclusion to which no response is required.  To the extent a response is

4   required, Defendant declines to answer based on her constitutional rights against

5   self-incrimination.

6   244.  This Paragraph does not pertain to Defendant, and further contains a

7   legal conclusion to which no response is required.  To the extent a response is

8   required, Defendant declines to answer based on her constitutional rights against

9   self-incrimination.

10   **FOURTH CLAIM FOR RELIEF**

11   245.  Defendant repeats and re-responds to every allegation by reference to

12   each and every response to paragraphs 1 through 226 above as if they were fully set

13   forth herein.

14   246.  This Paragraph contains a legal conclusion to which no response is

15   required.  To the extent a response is required, Defendant declines to answer based

16   on her constitutional rights against self-incrimination.

17   247.  This Paragraph contains a legal conclusion to which no response is

18   required.  To the extent a response is required, Defendant declines to answer based

19   on her constitutional rights against self-incrimination.

20   248.  This Paragraph contains a legal conclusion to which no response is

21   required.  To the extent a response is required, Defendant declines to answer based

22   on her constitutional rights against self-incrimination.

23   249.  This Paragraph contains a legal conclusion to which no response is

24   required.  To the extent a response is required, Defendant declines to answer based

25   on her constitutional rights against self-incrimination.

26   250.  This Paragraph contains a legal conclusion to which no response is

27   required.  To the extent a response is required, Defendant declines to answer based

28

ANSWER AND DEFENSES OF DEFENDANT REBECCA HERSHINGER
Case No.: 2:24-cv-03913-MCS-SSC

on her constitutional rights against self-incrimination.

251.  This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

252.  This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

253.  This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

## FIFTH CLAIM FOR RELIEF

254.  Defendant repeats and re-responds to every allegation by reference to each and every response to paragraphs 1 through 226 above as if they were fully set forth herein.

255.  This Paragraph does not pertain to Defendant, and further contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

256.  This Paragraph does not pertain to Defendant, and further contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

257.  This Paragraph does not pertain to Defendant, and further contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

258.  This Paragraph does not pertain to Defendant, and further contains a

legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

259.  This Paragraph does not pertain to Defendant, and further contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

260.  This Paragraph does not pertain to Defendant, and further contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

261.  This Paragraph does not pertain to Defendant, and further contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

262.  This Paragraph does not pertain to Defendant, and further contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

## SIXTH CLAIM FOR RELIEF

263.  Defendant repeats and re-responds to every allegation by reference to each and every response to paragraphs 1 through 226 above as if they were fully set forth herein.

264.  This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

265.  This Paragraph contains a legal conclusion to which no response is

required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

266.  This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

267.  This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

## SEVENTH CLAIM FOR RELIEF

268.  Defendant repeats and re-responds to every allegation by reference to each and every response to paragraphs 1 through 226 above as if they were fully set forth herein.

269.  This Paragraph contains a legal conclusion to which no response is required.  Defendant declines to answer based on her constitutional rights against self-incrimination.

270.  This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

271.  This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

272.  This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

273.  This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

274.  This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

## **EIGHTH CLAIM FOR RELIEF**

275.  Defendant repeats and re-responds to every allegation by reference to each and every response to paragraphs 1 through 226 above as if they were fully set forth herein.

276.  This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

277.  This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

278.  This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

279.  This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

## **NINTH CLAIM FOR RELIEF**

280.  Defendant repeats and re-responds to every allegation by reference to each and every response to paragraphs 1 through 226 above as if they were fully set forth herein.

281.  This Paragraph does not pertain to Defendant, and further contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

282.  This Paragraph does not pertain to Defendant, and further contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

283.  This Paragraph does not pertain to Defendant, and further contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

## **TENTH CLAIM FOR RELIEF**

284.  Defendant repeats and re-responds to every allegation by reference to each and every response to paragraphs 1 through 226 above as if they were fully set forth herein.

285.  This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

286.  This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

287.  This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

288.  This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

289.  This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

290.  This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

291.  This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

## ELEVENTH CLAIM FOR RELIEF

292.  Defendant repeats and re-responds to every allegation by reference to each and every response to paragraphs 1 through 226 above as if they were fully set forth herein.

293.  This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

294.  This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

295.  This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

296.  This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

297.  This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

298.  This Paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based

1    on her constitutional rights against self-incrimination.

2        299.  This Paragraph contains a legal conclusion to which no response is

3    required.  To the extent a response is required, Defendant declines to answer based

4    on her constitutional rights against self-incrimination.

5    **TWELFTH CLAIM FOR RELIEF**

6        300.  Defendant repeats and re-responds to every allegation by reference to

7    each and every response to paragraphs 1 through 226 above as if they were fully set

8    forth herein.

9        301.  This Paragraph contains a legal conclusion to which no response is

10   required.  To the extent a response is required, Defendant declines to answer based

11   on her constitutional rights against self-incrimination.

12       302.  This Paragraph contains a legal conclusion to which no response is

13   required.  To the extent a response is required, Defendant declines to answer based

14   on her constitutional rights against self-incrimination.

15       303.  This Paragraph contains a legal conclusion to which no response is

16   required.  To the extent a response is required, Defendant declines to answer based

17   on her constitutional rights against self-incrimination.

18       304.  This Paragraph contains a legal conclusion to which no response is

19   required.  To the extent a response is required, Defendant declines to answer based

20   on her constitutional rights against self-incrimination.

21       305.  This Paragraph contains a legal conclusion to which no response is

22   required.  To the extent a response is required, Defendant declines to answer based

23   on her constitutional rights against self-incrimination.

24       306.  This Paragraph contains a legal conclusion to which no response is

25   required.  To the extent a response is required, Defendant declines to answer based

26   on her constitutional rights against self-incrimination.

27

28

**THIRTEENTH CLAIM FOR RELIEF**

307.  Defendant repeats and re-responds to every allegation by reference to each and every response to paragraphs 1 through 226 above as if they were fully set forth herein.

308.  This Paragraph does not pertain to Defendant, and further contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

309.  This Paragraph does not pertain to Defendant, and further contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

310.  This Paragraph does not pertain to Defendant, and further contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

**FOURTEENTH CLAIM FOR RELIEF**

311.  Defendant repeats and re-responds to every allegation by reference to each and every response to paragraphs 1 through 226 above as if they were fully set forth herein.

312.  This Paragraph does not pertain to Defendant, and further contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

313.  This Paragraph does not pertain to Defendant, and further contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against

self-incrimination.

## **FIFTEENTH CLAIM FOR RELIEF**

314.  Defendant repeats and re-responds to every allegation by reference to each and every response to paragraphs 1 through 226 above as if they were fully set forth herein.

315.  This Paragraph does not pertain to Defendant, and further contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

316.  This Paragraph does not pertain to Defendant, and further contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

317.  This Paragraph does not pertain to Defendant, and further contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

318.  This Paragraph does not pertain to Defendant, and further contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

319.  This Paragraph does not pertain to Defendant, and further contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

320.  This Paragraph does not pertain to Defendant, and further contains a legal conclusion to which no response is required.  To the extent a response is

required, Defendant declines to answer based on her constitutional rights against self-incrimination.

## SIXTEENTH CLAIM FOR RELIEF

321. Defendant repeats and re-responds to every allegation by reference to each and every response to paragraphs 1 through 226 above as if they were fully set forth herein.

322. This Paragraph does not pertain to Defendant, and further contains a legal conclusion to which no response is required. To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

323. This Paragraph does not pertain to Defendant, and further contains a legal conclusion to which no response is required. To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

324. This Paragraph does not pertain to Defendant, and further contains a legal conclusion to which no response is required. To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

325. This Paragraph does not pertain to Defendant, and further contains a legal conclusion to which no response is required. To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

326. This Paragraph does not pertain to Defendant, and further contains a legal conclusion to which no response is required. To the extent a response is required, Defendant declines to answer based on her constitutional rights against self-incrimination.

## JURY DEMAND

Defendant demands a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

Defendant denies that the SEC is entitled to any of the relief sought in the Complaint, including the relief identified in this section.

## DEFENSES

Without assuming the burden of proof for such defenses that she would not otherwise have, Defendant asserts the following defenses:

### First Defense

The Complaint, and each claim alleged therein, fails to state a claim upon which relief can be granted.

### Second Defense

The Complaint fails to allege fraud and/or scienter with particularity.

### Third Defense

The SEC's claims are barred, in whole or in part, because they are not made in connection with any purchase or sale of securities.

### Fourth Defense

Defendant did not engage in any unlawful conduct, and Defendant is not liable for any unlawful acts that may have been committed by others.

### Fifth Defense

The SEC's claims are barred, in whole or in part, because Defendant acted in good faith at all material times and in conformity with all applicable federal and state statutes, including the Securities Act and the Exchange Act, and all applicable rules and regulations promulgated thereunder.

### Sixth Defense

The Complaint is barred by due process, in whole or in part, where Defendant had no fair notice that her conduct could be unlawful.

### Seventh Defense

The SEC's claim for injunctive relief is barred because, *inter alia*, there has been no violation of the Securities Act or the Exchange Act, and because there is no reasonable likelihood that any violation will be repeated. The SEC's injunctive relief claim is further barred because the adverse effects of an injunction far outweigh any benefit from an injunction.

### Eighth Defense

The SEC's claim for penalties is barred because, *inter alia*, there was no violation and any alleged violation was isolated and/or unintentional. The harm caused, if any, is insufficient to warrant a penalty; the lack or degree of scienter does not support a penalty; Defendant has no previous violations; no deterrence purpose would be served; Defendant acted in good faith; Defendant cooperated with all investigations; and it would be fundamentally unfair to impose penalties on Defendant in light of the lack of fair notice that her conduct violated the law.

### Ninth Defense

The SEC is precluded from pursuing a claim for civil penalties pursuant to Section 20(d) of the Securities Act and Sections 21(d)(3) of the Exchange Act because those penalties are not available for the conduct charged in the Complaint.

### Tenth Defense

The SEC's claims are barred, in whole or in part, because Defendant did not act at any time with scienter or intent to deceive, manipulate, or defraud.

### Eleventh Defense

The SEC's claims are barred, in whole or in part, because any alleged misrepresentation or allegedly false or misleading statements or omissions referenced in the Complaint were based on information supplied by other sources that Defendant reasonably believed to be true.

### Twelfth Defense

The SEC's claims against Defendant are barred, in whole or in part, because any alleged misstatements or omissions were not false or misleading.

### Thirteenth Defense

The SEC's claims against Defendant are barred, in whole or in part, because any alleged misstatements and omissions are not material and/or did not have any material effect.

### Fourteenth Defense

The SEC's claims are barred, in whole or in part, because Defendant relied on the advice of professionals and therefore did not have scienter for the claims alleged in the Complaint.

### Fifteenth Defense

The SEC's claims and remedies sought are barred, in whole or in part, to the extent claims alleged in the Complaint are founded on alleged violations of law occurring beyond the applicable statutes of limitations or statutes of repose or beyond any valid tolling agreement.

### Sixteenth Defense

The SEC's claims are barred, in whole or in part, under the doctrine of laches to the extent the SEC unduly delayed the commencement of the claims to Defendant's prejudice, rendering evidence supportive of her defenses stale or inaccessible.

### Seventeenth Defense

The SEC's claims are barred, in whole or in part, by the doctrine of unclean hands.

### Eighteenth Defense

The SEC's claims are barred, in whole or in part, by the doctrine of estoppel.

ANSWER AND DEFENSES OF DEFENDANT REBECCA HERSHINGER
Case No.: 2:24-cv-03913-MCS-SSC

**RESERVATION OF RIGHTS**

Defendant reserves the right to amend this Answer up to, and through, the time of trial to assert any additional defenses set forth in or permitted by the Federal Rules of Civil Procedure, when and if, during the course of Defendant's investigation, discovery, or preparation for trial, it becomes apparent (including through the discovery process, which is not yet complete) to assert such defenses. Defendant also reserves the right to amend this Answer to address Defendant's assertion of her Fifth Amendment and other Constitutional rights after the conclusion of the criminal proceeding, *see United States v. Wiederhorn,* 24 Cr. 295 (RGK), or for any other reason up to, and through, the time of trial.

Dated: August 8, 2024

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY and POPEO, P.C.

*/s/ Sean T. Prosser*

Sean T. Prosser (SBN 163903)
STProsser@mintz.com
David Siegal (pro hac vice forthcoming)
DMSiegal@mintz.com
Ellen Shapiro (pro hac vice forthcoming)
EShapiro@mintz.com
3580 Carmel Mountain Road, Suite 300
San Diego, California 92130
Telephone:  858.314.1500

IVERSEN PROCTOR LLP

*/s/ Michael J. Proctor*

Michael J. Proctor (SBN 148235)
michael@iversenproctor.com
1325 Palmetto Street
Los Angeles, CA 90013
Telephone: 213.787.7699