BILAL A. ESSAYLI
United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
KEVIN B. REIDY (Cal. Bar No. 320583)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-8536
    Facsimile: (213) 894-6269
    E-mail:   kevin.reidy@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>        v.<br><br>FAT BRANDS, INC.,<br>ANDREW WIEDERHORN,<br>RON ROE, and<br>REBECCA D. HERSHINGER,<br><br>    Defendants. | No. 2:24-cv-03913-MCS-AGR<br><br>JOINT STATUS REPORT REGARDING PROGRESS OF CRIMINAL CASE<br><br>**Next Report Due: Aug. 12, 2025** |

    Intervenor United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Kevin B. Reidy, plaintiff Securities and Exchange Commission, defendants FAT Brands, Inc., Andrew Wiederhorn, Ron Roe, and Rebecca D. Hershinger, by and through their respective counsel of record, hereby file this Joint Status Report Regarding Progress of Criminal Case.

    In its order granting the United States' motion to stay this case pending the conclusion of criminal proceedings in United States

v. Wiederhorn, et al., 2:24-cr-295-RGK (the "Criminal Case"), this Court directed the government to "file periodic status reports apprising the Court of the [Criminal Case]'s progress." (Dkt. 46 at 9.)

The trial date in the Criminal Case is currently set for October 28, 2025. As directed by the Court, the parties will file a further Joint Status Report on or before August 12, 2025.

Dated: April 9, 2025          Respectfully submitted,

                              BILAL A. ESSAYLI
                              United States Attorney

                              LINDSEY GREER DOTSON
                              Assistant United States Attorney
                              Chief, Criminal Division

                              ____/s/_____
                              KEVIN B. REIDY
                              Assistant United States Attorney

                              Attorneys for Intervenor
                              UNITED STATES OF AMERICA

Dated: April 9, 2025          /s/ per 4/10/25 email authorization
                              JASMINE STARR

                              Attorney for Plaintiff
                              Securities and Exchange Commission

Dated: April 9, 2025          /s/ per 4/10/25 email authorization
                              THOMAS A. ZACCARO

                              Attorney for Defendant
                              FAT BRANDS, INC.

Dated: April 9, 2025
                              /s/ per 4/10/25 email authorization
                              DOUGLAS M. FUCHS

                              Attorney for Defendant
                              ANDREW WIEDERHORN

2

1 | Dated: April 9, 2025

2 | /s/ per 4/10/25 email authorization
　　DANIEL V. NIXON

3 | Attorney for Defendant
　　RON ROE

4 | Dated: April 9, 2025

5 | /s/ per 4/10/25 email authorization
　　MICHAEL J. PROCTOR

6 |

7 | Attorney for Defendant
　　REBECCA HERSHINGER